UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIYA RIVERA and SEAN WILLIAMS | : | |
|     Plaintiffs | : | CIVIL ACTION |
| | : | |
|     v. | : | NO. |
| | : | |
| UNITED STATES OF AMERICA and | : | |
| UNITED STATES SECRET SERVICE | : | |
|     Defendants | : | |

PLAINTIFF'S CIVIL ACTION COMPLAINT

1. Plaintiff, Aniya Rivera is an adult individual and resident of the State of Delaware, residing at 1136 West 2nd Street, Wilmington, Delaware, 19805.

2. Plaintiff, Sean Williams is an adult individual and resident of the State of Delaware, residing at 1136 West 2nd Street, Wilmington, Delaware, 19805.

3. Defendant, United States Secret Service is a governmental agency organized under the laws of the United States of America and pursuant to Rule 4 of the Federal Rules of Civil Procedure service of process may be effectuated by serving the Attorney General within this district located at 1313 N Market Street, Wilmington, DE 19801

4. Defendant, The United States of America is a sovereign entity organized under the laws of the United States of America and pursuant to Rule 4 of the Federal Rules of Civil Procedure service of process may be effectuated by serving the Attorney General within this district located at 1313 N Market Street, Wilmington, DE 19801

JURISDICTION

5. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. Section 1346(b) and 28 U.S.C.S. 2671 *et seq.*

6. Venue is proper pursuant to 28 U.S.C. § 1391(b) in that the defendants are subject to personal jurisdiction in this district and the plaintiff resides herein.

7. Pursuant to the applicable provisions of the Federal Tort Claims Act the defendants were give proper notice of the injuries suffered by the Plaintiff.

8. The acts and omissions of defendant, as set forth herein, were committed by its agents, officers and employees, acting within the course and scope of their office, employment and agency.

## FACTS

9. On August 30, 2020 the plaintiff, Aniya Rivera was operating a vehicle in the area of Lancaster Pike and Tatnall Street in Wilmington, Delaware when suddenly the defendant illegally moved into plaintiff's lane of travel and struck the plaintiff's car. The accident in question was the proximate cause of Plaintiffs' injuries as specified below.

## COUNT ONE
## ANIYA RIVERA V. UNITED STATES SECRET SERVICE AND THE UNITED STATES OF AMERICA

10. Plaintiff Aniya Rivera, incorporates by reference all of the allegations contained in paragraphs 1 through 9 inclusively as fully as though the same were here set forth at length.

11. Defendants, The United States Secret Service and the United States of America by and through their agent, Marlon Johnson were negligent in that they:

(a) Failed to properly operate and safely control their vehicle;

(b) Failed to give full time and attention to the operation of their vehicle, in violation of 21 Del. C. §4176(b);

(c) Failed to control the speed of the vehicle so as to avoid colliding with the Plaintiff;

(d) Operated the vehicle in a careless and imprudent manner, in violation of 21 Del. C. §4176(a);

(e) Operated the vehicle at an unreasonable speed under the conditions then existing, without regards to the actual and potential hazard then existing, in violation of 21 Del. C. §4168(a);

(f) Operated the vehicle at an unlawful speed;

(g) Operated the vehicle in a reckless manner, in violation of 21 Del. C. §4175;

(h) Operated the vehicle in an aggressive manner, in violation of the above statute;

(i) Failed to exercise due care in violation of 21 Del. C. §4144;

(j) Failed to remain in proper lane of travel;

12. As a proximate cause of the Defendants' negligence, Aniya Rivera, has suffered and will continue to suffer in the future, bodily harm and permanent injuries including but not limited to the injury of the cervical, thoracic and lumbar spine, radiculopathy, abrasions, closed head injury and other injuries all to her great loss and detriment.

13. As a further proximate cause of the Defendants' negligence, Plaintiff has incurred, and may continue to incur into the future, medical expenses related to the medical treatment necessitated by her aforementioned injuries.

14. As a further direct and proximate result of Defendants' negligence, as aforesaid, plaintiff will incur future medical expenses, lost wages, and loss of earning capacity, and hereby makes claim for those presently undetermined amounts.

WHEREFORE, Plaintiff Aniya Rivera hereby demands judgment in her favor and against defendants, THE UNITED STATES SECRET SERVICE AND THE UNITED STATES OF

AMERICA for general, and special damages, permanency, together with interest and the costs of this action any other relief, which the Court deems just and equitable in excess of $75,000.00.

## COUNT TWO
## SEAN WILLIAMS V. UNITED STATES SECRET SERVICE AND THE UNITED STATES OF AMERICA

15. Plaintiff Sean Williams, incorporates by reference all of the allegations contained in paragraphs 1 through 9 inclusively as fully as though the same were here set forth at length.

16. Plaintiff, Sean Williams, was the owner of 2004 Acura TSX.

17. The vehicle was rendered not operational after the accident and therefore declared a total loss.

18. Defendants, The United States Secret Service and the United States of America by and through their agent, Marlon Johnson were negligent in that they caused the aforementioned property loss and are therefore responsible for the reasonable value of said property.

WHEREFORE, Plaintiff Sean Williams hereby demands judgment in his favor and against defendants, THE UNITED STATES SECRET SERVICE AND THE UNITED STATES OF AMERICA for general, and special damages, permanency, together with interest and the costs of this action any other relief, which the Court deems just and equitable in excess of $75,000.00.

EDELSTEIN MARTIN & NELSON

BY: /s/ Peter K. Janczyk
Peter K. Janczyk
222 Delaware Avenue, Suite 1615
Wilmington, DE 19801
pjanczyk@law-pa.com
Attorneys for Plaintiffs